UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILO D. BURROUGHS, | CASE NO. C13-5377 RJB |
| Plaintiff, | ORDER DENYING WITHOUT |
| v. | PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| DEPARTMENT OF THE ARMY, | |
| Defendant. | |

This matter comes before the court on plaintiff's Motion for Summary Judgment.  Dkt. 5.
The court has considered the motion and the remainder of the file herein.

On May 20, 2013, plaintiff filed a complaint against the Department of the Army,
apparently alleging that he applied for an Aerospace Engineer position at Ft. Lewis, Washington;
that the rating, ranking and selection process was discriminatory and retaliatory; that he should
have been afforded Veterans preference on the rating sheets; and that he was not hired for the
many positions for which he applied. Dkt. 1, at 2.  Plaintiff apparently alleges violation of Merit
Systems Protection Act, 5 U.S.C. § § 1221, 2302, 3318, and 3302; and the Uniform Services

1   Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4324(c)(1).  Dkt. 1, at 2

2   and 3.

3         Plaintiff paid the filing fee in this matter and is proceeding *pro se*.  Summonses were

4   issued by the Clerk on May 21, 2013.

5         On July 1, 2013, plaintiff filed a Motion for Summary Judgment, contending that his

6   rights under the Veterans Preference Act, the Veterans Employment Opportunity Act, USERRA,

7   and the Civil Service Reform Act were violated when the Army used an Excepted Service

8   Announcement to employ a person who had scored a lesser number on the rating system than

9   had plaintiff, who was entitled to a 5 point Veterans Preference.   Dkt. 5.

10        Plaintiff has not filed a Certificate of Service showing that defendant has been served in

11  accordance with Fed.R.Civ.P. 4.  *See* Fed.R.Civ.P. 4(l).  Further, defendant has not appeared in

12  this matter. This motion for summary judgment is not properly before the court at this time.  The

13  motion should be denied without prejudice.

14        Plaintiff should be aware of the time limit for effectuating service, as set forth in

15  Fed.R.Civ.P. 4(m), and the consequences for failing to timely serve defendant.

16        Accordingly, plaintiff's Motion for Summary Judgment (Dkt. 5) is **DENIED**

17  **WITHOUT PREJUDICE**.

18        The Clerk is directed to send uncertified copies of this Order to all counsel of record and

19  to any party appearing *pro se* at said party's last known address.

20        Dated this 26th day of July, 2013.

21

22

23        ROBERT J. BRYAN
          United States District Judge

24

ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT- 2